# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 21, 2025

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No. 24-6953,   Brandon Case v. Officer Beasley
               5:21-ct-03157-D

TO:   Beasley
      Brandon  Case
      Kenny  Custodio
      Urieta

RESPONSE DUE: 07/24/2025

Response is required to the notice requesting information regarding similar cases on or before 07/24/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702