# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-6953   Caption: Case v. Beasley

Argument Session For Which You Are Scheduled: October 21-24, 2025

Dates You Are Available To Argue in the Session (if any):

October 21-24, 2025

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

LaKemper v. Lassiter, No. 24-6930

Other Relevant Information:

The undersigned counsel has briefed two cases tentatively scheduled for arguments during the same session and, if possible, would prefer to argue the cases on separate days or times should the undersigned be assigned to argue both.

Party(ies) You Represent:

Defendants-Appellees

July 28, 2025                                    /s/ Tanner J. Ray
Date                                             Counsel Signature

11/29/2021  SCC